UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Thomas Richardson, )
    Petitioner, )
     ) No. 1:14-cv-1250
-v- )
     ) HONORABLE PAUL L. MALONEY
Carmen Palmer, )
    Respondent. )
     )

## JUDGMENT

In accordance with the Order entered on this date (ECF No. 40), and pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date: March 16, 2018          /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           United States District Judge